UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Rotimi Salu et al.,

                          Plaintiffs,                  18 CV 10399 (KMK)

     -v-                                                    CALENDAR NOTICE

Denise Miranda, et al.,

                          Defendants.

-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Defendants' Motions to Dismiss before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, February 13, 2020 at 2:00 p.m. in Courtroom 521, U.S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least ten business days beforehand.

Dated: January 15, 2020
          White Plains, New York

                                                            So Ordered

                                                             Kenneth M. Karas, U.S.D.J