UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROTIMI SALU; GERARD M LYNCH,

                          Plaintiffs,

            v.

DENISE MIRANDA, *et al.*,

                          Defendants.

No. 18-CV-10399 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons discussed on the record at the Oral Argument on February 4, 2020, the Court grants Defendants' Motions To Dismiss and dismisses all of Plaintiffs' claims with prejudice. The Clerk is respectfully requested to terminate the pending Motions, (Dkt. Nos. 56, 59), and close this case.

SO ORDERED.

DATED:     February 4, 2020
               White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE