UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROTIMI SALU; GERARD M. LYNCH,
                Plaintiffs,

-against-

DENISE MIRANDA, et al.,
                Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020

18 CIVIL 10399 (KMK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 4, 2020, Defendants' Motions To Dismiss and dismisses all of Plaintiffs' claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
        February 5, 2020

                                              RUBY J. KRAJICK
                                              Clerk of Court

                          BY: _____
                                              Deputy Clerk